**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Morgal and Patricia Morgal,   )  | No. CV 05-0682-PHX-JAT |
| Plaintiffs,   ) | **ORDER** |
| vs.   ) | |
| Northwest Title Agency, Inc.,   ) | |
| Defendant.   ) | |

Pending before the Court are Plaintiffs' Request for Hearing Re: Ninth Circuit Opinion (Doc. #30) and Emergency Hearing Request (Doc. #35). The Court now rules on the Requests.

Plaintiffs filed the underlying federal suit essentially to appeal from a state court judgment granting an equitable mortgage to Northwest Title Agency, Inc. in the home Plaintiffs had purchased. In its June 20, 2005 Order, the Court dismissed Plaintiffs' action for lack of subject matter jurisdiction. The Ninth Circuit Court of Appeals issued its Mandate on October 20, 2006 affirming this Court's judgment dismissing Plaintiffs' case.

"The mandate of an appellate court forecloses the lower court from reconsidering matters determined in the appellate court." *Nguyen v. U.S.*, 792 F.2d 1500, 1502 (9th Cir. 1986). "Post mandate maneuvering in the district courts would undermine the authority of appellate courts and . . . . eliminate any hope of finality." *Litman v. Mass. Mut. Life Ins. Co.*, 825 F.2d 1506, 1511-12 (11th Cir. 1987), cert. denied 484 U.S. 1006 (1988).

1  The Ninth Circuit Court of Appeals has affirmed this Court's Order that it lacks
2  jurisdiction over this case. The Court therefore cannot revisit the issue of jurisdiction.
3  Because the Court lacks jurisdiction over this case, the Court cannot entertain the Plaintiffs'
4  requests or any other motions or filings by the parties.
5  Accordingly,
6  IT IS ORDERED denying Plaintiffs' Request for Hearing Re: Ninth Circuit Opinion
7  (Doc. #30) and Emergency Hearing Request (Doc. #35).
8  DATED this 14th day of February, 2007.

James A. Teilborg
United States District Judge